McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
Attorneys for Defendant,
Johnson & Johnson Long Term Disability Income Plan
for Choice Employees of Johnson & Johnson Affiliated
Companies, incorrectly pleaded



RECEIVED
JUL 23 2008
AT 8:30
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| GARY DICKSON, | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. 3:08-cv-2400(JAP) |
| JOHNSON & JOHNSON LONG TERM DISABILITY INCOME PLAN, JOHNSON & JOHNSON, a New Jersey Corporation; and REED GROUP, INC. the Service Administrator for the Johnson & Johnson Long Term Disability Income Plan, | |
| Defendants. | |

## CONSENT ORDER OF DISMISSAL AS TO JOHNSON & JOHNSON AND REED GROUP, LTD. ONLY

THIS MATTER having been opened to the Court upon the joint application of Hagner & Zohlman, LLC, attorneys for plaintiff, Gary W. Dickson, and McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for defendant Johnson & Johnson Long Term Disability Income Plan for Choice Eligible Employees of Johnson and Johnson Affiliated Companies (the "Plan"), and the Court having been apprised that the parties hereto have agreed to the dismissal of Johnson & Johnson and the Reed Group, Ltd., without prejudice and without costs, and the Court having reviewed and considered all pleadings and proceedings in this matter to date, and good cause having

existed for the entry of the within Order;

IT IS ON THIS 23 day of July, 2008;

ORDERED that this civil action be and the same hereby is dismissed without prejudice as against Johnson & Johnson and the Reed Group, Ltd., without attorneys' fees or costs assigned to any party.

ORDERED that this action shall continue against the Plan.

Honorable Joel A. Pisano, U.S.D.J.

The undersigned hereby consent to the form, content and entry of the within Order of Dismissal:

HAGNER & ZOHLMAN, LLC
Attorneys for Plaintiff Gary W. Dickson

By: _____
Thomas J. Hagner

McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Attorneys for Defendants, Johnson & Johnson
Long Term Disability Income Plan for
Choice Employees of Johnson & Johnson
Affiliated Companies, incorrectly pleaded

By: _____
Francis X. Dee
Randi F. Knepper
Members of the Firm